**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

GREGORY J GLOBENSKY
aka GREG J GLOBENSKY, asf Assembly Repair Specialist Inc, asf Assembly & Repair Specialist LLC

MELISSA A GLOBENSKY
fka MELISSA A BOWERS

Debtor(s)

Case No: 18–42369 – MER

Chapter 13 Case

**ORDER CONFIRMING CHAPTER 13 PLAN**

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rules 3015–1 through 3020–3 and Local Form 3015–1, that copies thereof were mailed to creditors that a meeting of creditors, was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as filed or as modified is confirmed; and
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted.

Dated: 12/6/18

Michael E Ridgway
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on December 6, 2018
Lori Vosejpka Clerk, United States Bankruptcy Court
By: susan Deputy Clerk

**mnbocnf13nf** – 13ocnfnf 11/27/2017